IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROYCE T. BRAININBURG,<br><br>    Plaintiff,<br><br>  v.<br><br>MONTEREY COUNTY, et al.,<br><br>    Defendants._____/ | No. C 08-04562 CW (PR)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

   Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants' Motion for Summary Judgment.  Having read and considered Plaintiff's request, and good cause appearing,

   IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED.  The time in which Plaintiff may file his opposition to Defendants' Motion for Summary Judgment will be extended up to and including September 28, 2010.

   If Defendants wish to file a reply brief, they shall do so no later than fifteen (15) days after the date Plaintiff's opposition is filed.

   This Order terminates Docket no. 29.

   IT IS SO ORDERED.

Dated: 7/27/2010

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Case 4:08-cv-04562-CW   Document 32   Filed 07/27/10   Page 2 of 2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TROYCE T. BRAININBURG,

        Plaintiff,

v.

MONTEREY COUNTY et al,

        Defendant.

Case Number: CV08-04562 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Troyce Tabatha Braninburg 754-2
Coalinga State Hospital
24511 Jayne Avenue
P.O. Box 5003
Coalinga, CA 93210

Dated: July 27, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2